IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOTY, | § | NO. 1:21-cv-941-DAE |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| JOEL BAKER, IN HIS OFFICIAL | § | |
| CAPACITY AS CHIEF OF THE | § | |
| FIRE DEPARTMENT OF THE CITY | § | |
| OF AUSTIN, AND THE CITY OF | § | |
| AUSTIN, | § | |
| *Defendants*. | § | |
| _____ | § | |

ORDER GRANTING STIPULATION OF FINAL DISMISSAL
WITH PREJUDICE

Before the Court is the agreed Stipulation of Final Dismissal with Prejudice filed on May 2, 2023. (Dkt. # 36.) Having reviewed the Stipulation, the Court finds that Plaintiff's claims against Defendants should be dismissed with prejudice.

**IT IS ORDERED** that all claims and causes of action in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**. Unless otherwise decided by the parties, Plaintiff and Defendants shall bear their own attorneys' fees and costs. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**DATED**: Austin, Texas, May 3, 2023.

_____
David Alan Ezra
Senior United States District Judge